STATE of Missouri,
Plaintiff/Respondent,

v.

Vincent McFADDEN,
Defendant/Appellant.

No. ED 85858.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 7, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 25, 2006.

Application for Transfer Denied
June 30, 2006.

Gwenda Renee' Robinson, Kristina Starke, co-counsel, St. Louis, MO, for appellant.

Deborah Daniels, Jayne T. Woods, co-counsel, Jefferson City, MO, for respondent.

---

1. Appellant's Motion for Stay is denied.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J. and SHERRI B. SULLIVAN, J.

## *ORDER*

PER CURIAM.

Vincent McFadden appeals from the judgment of the trial court entered upon a jury verdict finding him guilty of two counts of first-degree assault; two counts of armed criminal action; and one count of unlawful use of a weapon. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).